IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

FILED
SEP - 9 2009
WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By_____
Deputy Clerk

QUINCY TREVOR MOUTON, )
)
          Plaintiff, )
)
v. )   No. CIV 06-550-RAW-SPS
)
SHELLY GOLD and )
JASON WILLIAMS, )
)
          Defendants. )

## OPINION AND ORDER
## DIRECTING PAYMENT OF FILING FEE

On January 24, 2007, the court entered an order granting plaintiff leave to proceed *in forma pauperis* [Docket #3]. It has come to the court's attention that plaintiff has made no payments toward his **$350.00 filing fee**, and no order has been entered directing plaintiff's current custodian to collect and forward monthly payments for the filing fee.

ACCORDINGLY, the agency having custody of plaintiff is hereby directed to collect and forward monthly payments to the Court Clerk until plaintiff's **$350.00 filing fee** is paid in full, in accordance with 28 U.S.C. § 1915(b)(2), as set forth in the court's Order Granting Leave to Proceed In Forma Pauperis. The Court Clerk is directed to send a copy of this Order with the Order Granting Leave to Proceed In Forma Pauperis [Docket #3] to plaintiff's custodian and to the trust fund officer at his facility.

IT IS SO ORDERED this 9th day of September 2009.

*Ronald A. White*
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**